IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REMOI CAMPBELL,**

    *Petitioner*,

v.                                Case No.: **4:26cv62-MW/HTC**

**M. CASEY RODGERS,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Petitioner's "motion for judgment on the pleadings," ECF No. 5, which this Court construes as objections to the report and recommendation. Petitioner's objections continue to challenge his conviction and do not address the myriad deficiencies that the Magistrate Judge identifies in her report and recommendation.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 3, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's action is **DISMISSED**." A certificate of appealability is

**DENIED**. The Clerk shall close the file.

    **SO ORDERED on February 25, 2026.**

                                            <u>**s/Mark E. Walker**</u>
                                            **United States District Judge**